United States District Court
DISTRICT OF MASSACHUSETTS

Steven L Smith
          VS
Dr. DAou, et al

1:20-12056-
         DJC

FILED
IN CLERKS OFFICE
2022 DEC 28 PM 12: 06
U.S. DISTRICT COURT
DISTRICT OF MASS.

Motion of Intent TO
File Civil Action Against
Clerk Hitlle Curie and
Hon. Judge Denise Casper

Now comes the Pro Se plaintiff,
Steven L Smith, to notify the
Court of his intention to file A
Complaint against the clerk and
Judge handling this matter on
these grounds!

1) Last June, I sent 100.00 towards
The 350.00 File fee and Recieved
   No Acknowledgement causing me
endless difficulties trying to prove

-2-

The money was sent.

2) I still have not received any
Confirmations of any payments
yet I've paid 350.00 to file the
Action

3/ The clerk's have yet to Answer
A single letter.

4/ I Received info After my initial
filing, last December, that changed
everything because The W.R.C.H's
internal Human resources investigated
my complaints and substantiated two
of them.

5/ And both identified individuals
per camera/video review that I
was not able to NAME previously.

3)

6) My Complaint was also substantiated as to my being assaulted and the cover up of it by The defendants to avoid liability.

7) I submitted An entirely New Complaint some _3 months_ ago, AN Amended Complaint, to reflect These changes.

8) I am presently actively involved in state court suing These same parties and I want to unite These two cases _NOW_.. And I cannot do so because this court is simply _NOT_ Responding to any motions, Letters, I send.

9) I have sent this Court my last funds Available and I am getting <u>no Answers</u>.

10) I also highly object the The Judge Casper's Ruling That staff were correct to separate me from another <u>adult</u> patient based on my charges - I prefer to have Another <u>judge</u> with more sagacity and jurisprudence because I am <u>Not</u> a convicted sex offender and <u>Nobody</u> has a right to Separate me on speculation that I might sexually assault them. I find this insulting and slanderous to my character.

11) I didn't <u>need</u> "watching" for 62
years and I most certainly
didn't need it, all of a sudden,
while at WIREH for A <u>20</u> Day
eval. They did it to <u>validate</u>
a "Treatment Plan" They had no
legal <u>right</u> to give to me in
<u>the first place.</u>

Please send the Complaint back
to me to start serving all
the parties except the doctors
which I realize I must sue
in state court.
  Everyone else but doctors, I
wish to serve a copy of my
complaint ASAP.
                    Steven L Smith